**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| OSCAR CHALI JACOBO, | |
| Plaintiff, | CIVIL ACTION NO. 3:26-CV-01717 |
| v. | (MEHALCHICK, J.) |
| FIELD OFFICE DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | |
| Respondents. | |

**ORDER**

On June 23, 2026, the Court received a petition for writ of habeas corpus filed by *pro se* Petitioner Oscar Chali Jacobo ("Jacobo"). (Doc. 1). The petition alleges that Respondents Field Office Director, U.S. Immigration and Customs Enforcement and Warden, Moshannon Valley ICE Processing Center (together "Respondents") are improperly detaining Jacobo in violation of the Immigration and Nationality Act and the Due Process Clause of the Fifth Amendment. (Doc. 1, at 3-5). Jacobo avers that because he has been residing in the United States for seventeen years and poses no flight risk or danger to the community, he should be released from ICE custody. (Doc. 1, at 3-5).

Based upon the Court's review of Jacobo's petition, it is clear that this action was incorrectly filed in the Middle District of Pennsylvania. A district court has jurisdiction to grant habeas relief only when the court has jurisdiction over the petitioner's immediate custodian. *Braden v. 30th Jud. Cir. Ct. of Ky.*, 410 U.S. 484, 495 (1973); *Khalil v. President, United States*, 164 F.4th 259, 268 (3d Cir. 2026). An immediate custodian is the person with the power to produce the petitioner before the court and to release him if proper. *Rumsfeld v. Padilla*, 542

U.S. 426, 435 (2004) (citing 28 U.S.C. § 2243). The petitioner's immediate custodian must be within the territorial jurisdiction of the issuing court. *Rumsfeld*, 542 U.S. at 445. Stated differently, for habeas petitions, "jurisdiction lies in only one district: the district of confinement." *Rumsfeld*, 542 U.S. at 443.

According to Jacobo's petition and the ICE detainee locator, Jacobo is currently detained at the Moshannon Valley ICE Processing Center in Philipsburg, Pennsylvania. (Doc. 1, at 2); U.S. Immigration and Customs Enforcement, Online Detainee Locator System, https://locator.ice.gov/odls/#/results (last visited June 24, 2026). Moshannon Valley ICE Processing Center is located in Clearfield County, which is in the Western District of Pennsylvania. *See Jerez v. Warden of Moshannon Valley Processing Ctr.*, No. 1:23-CV-00306, 2023 WL 4112151, at *2 (M.D Pa. June 21, 2021) (transferring a habeas petition filed by a petitioner held at the Moshannon Valley Ice Processing Center because it is located in the Western District of Pennsylvania); *see also Henry v. Lynch*, No. 3:16-CV-2451, 2017 WL 126129, at *1 (M.D. Pa. Jan. 12, 2017) (same). The proper jurisdiction lies with the Western District of Pennsylvania. *See Rumsfeld*, 542 U.S. at 443. Accordingly, it is in the interest of justice to transfer this petition to the United States District Court for Western District of Pennsylvania for review. *See* 28 U.S.C. § 1406(a).

Based on the foregoing, it is **ORDERED** that this case be transferred to the United States District Court for the Western District of Pennsylvania for further proceedings.

**BY THE COURT:**

**Dated: June 24, 2026**          *s/ Karoline Mehalchick*

**KAROLINE MEHALCHICK**
**United States District Judge**